**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LEE EM BRUCE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-11393** |
| **BOARD OF SUPERVISORS OF LOUISIANA COMMUNITY AND TECHNICAL COLLEGES, ET AL.** | **SECTION: T** |

## JUDGMENT

The Court having has issued an order indicating plaintiff Lee Em Bruce's claims be dismissed for failure to prosecute;

Accordingly**, IT IS ORDERED** that plaintiff Lee Em Bruce's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

**New Orleans, Louisiana**, on this 20th day of December, 2019.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**